**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____

Chapter you are filing under:
- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **United Business Freight Forwarders Limited Liability Company** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-5360577** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**669 Division Street**<br>**Elizabeth, NJ 07201**<br>Number, Street, City, State & ZIP Code<br><br>**Union**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: _____ |

Debtor **United Business Freight Forwarders Limited Liability Company** _____ Case number (*if known*) _____
       Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.
   **4841**

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **E Z Mailing Service Inc.**     Relationship to you **Affiliate**

District **New Jersey**    When **1/13/16**    Case number, if known **16-10615**

Debtor **United Business Freight Forwarders Limited Liability Company**
Name

Case number (*if known*)

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **United Business Freight Forwarders Limited Liability Company**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 13, 2016**
MM / DD / YYYY

**X** **/s/ Ajay Aggarwal**          **Ajay Aggarwal**
Signature of authorized representative of debtor          Printed name

Title **President**

**18. Signature of attorney**

**X** **/s/ Warren J. Martin Jr.**          Date **January 13, 2016**
Signature of attorney for debtor          MM / DD / YYYY

**Warren J. Martin Jr.**
Printed name

**Porzio, Bromberg & Newman, PC**
Firm name

**100 Southgate Parkway**
**Morristown, NJ 07962-1997**
Number, Street, City, State & ZIP Code

Contact phone **(973) 538-4006**          Email address **wjmartin@pbnlaw.com**

**WM-0487**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **United Business Freight Forwarders Limited Liability Company** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                  12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **-NONE-** | | | | | | |

```
Attorney General
United States Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, DC 20044


California State Board of Equalization A
MIC: 29
P.O. Box 94289
Sacramento, CA 94279-0029


Consumer Law Section, Attn: Bankruptcy N
California Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004


CROSSROADS EQUIPMENT LEASE AND FINANCE,
9385 HAVEN AVE.
RANCHO CUCAMONGA, CA 91730-5475


Department of Revenue
State of Georgia
1800 Century Boulevard
Atlanta, GA 30345


Department of Revenue
State of Illinois
James R. Thompson Center - Concourse Lev
100 West Randolph Street
Chicago, IL 60601-3274


Department of Revenue
State of Massachusetts
PO Box 7010
Boston, MA 02204


Department of Revenue
State of Tennessee
500 Deaderick Street
Nashville, TN 37242


Florida Department of Revenue
P. O. Box 6668
Tallahassee, FL 32314-6668
```

```
FRANKS TRUCK CENTER, INC.
325 ORIENT WAY
LYNDHURST, NJ 07071


Illinois Attorney General
100 West Randolph Street
Chicago, IL 60601


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Massachusetts Attorney General
1 Ashburton Pl
Boston, MA 02108


New Jersey Attorney General Office
Division of Law
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112


New Jersey Department of Labor
Division of Employer Accounts
P.O. Box 379
Trenton, NJ 08625-0379


New Jersey Division of Taxation
Compliance and Enforcement - Bankruptcy
50 Barrack Street, 9th Floor
P.O. Box 245
Trenton, NJ 08695-0267


New Jersey Motor Vehicle Commission
Administrative Unit
225 East State Street
Trenton, NJ 08666


NYS Department of Taxation and Finance
ATTN: Office of Counsel
Building 9
W A Harriman Campus
Albany, NY 12227
```

```
Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050


Office of the Attorney General
1300 "I" Street
Sacramento, CA 95814-2919


Office of the Attorney General
State of Georgia
40 Capitol Square, SW
Atlanta, GA 30334


Office of the Attorney General
The Capitol
Albany, NY 12224-0341


Office of the Attorney General
State of Virginia
900 East Main Street
Richmond, VA 23219


Office of the Attorney General
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100


Office of the Attorney General and Repor
State of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207


PNC BANK, NATIONAL ASSOCIATION
COMMERCIAL SEGMENT - BBL
TWO TOWER CENTER BOULEVARD
EAST BRUNSWICK, NJ 08816


Securities Exchange Commission
New York Regional Office
3 World Financial Center
Suite 400
New York, NY 10281-1022
```

```
TOYOTA MOTOR CREDIT CORPORATION
P. O. BOX 3457
TORRANCE, CA 90510-3457


United States Attorney
Peter Rodino Federal Building
970 Broad Street
Suite 700
Newark, NJ 07102


United States Trustee
One Newark Center, Suite 2100
1085 Raymond Boulevard
Newark, NJ 07102


Virginia Department of Taxation
P.O. Box 1115
Richmond, VA 23218-1115


Washington State Department of Revenue
PO Box 47476
Olympia, WA 98504-7476
```

# United States Bankruptcy Court
### District of New Jersey

In re   **United Business Freight Forwarders Limited Liability Company**    Case No.
Debtor(s)    Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **United Business Freight Forwarders Limited Liability Company**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **January 13, 2016** | **/s/ Warren J. Martin Jr.** |
| Date | **Warren J. Martin Jr.** |
| | Signature of Attorney or Litigant |
| | Counsel for  **United Business Freight Forwarders Limited Liability Company** |
| | **Porzio, Bromberg & Newman, PC** |
| | **100 Southgate Parkway** |
| | **Morristown, NJ 07962-1997** |
| | **(973) 538-4006 Fax:(973) 538-5146** |
| | **wjmartin@pbnlaw.com** |