| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** | |
| **PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>(973) 538-5146 Facsimile<br>Warren J. Martin Jr., Esq.<br>Michael J. Naporano, Esq.<br>Kelly D. Curtin, Esq.<br>Rachel A. Parisi, Esq.<br>wjmartin@pbnlaw.com<br>mjnaporano@pbnlaw.com<br>kdcurtin@pbnlaw.com<br>raparisi@pbnlaw.com<br>*Proposed Counsel to Debtors* | **Order Filed on January 14, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey** |
| In re:<br><br>E Z MAILING SERVICES INC., *et al.*,<br><br>Debtor. | Case No.: 16-10615<br><br>(Joint Administration Pending)<br><br>Chapter: 11 |
| In re:<br><br>UNITED BUSINESS FREIGHT FORWARDERS LIMITED LIABILITY COMPANY,<br><br>Debtor. | Case No.: 16-10616<br><br>(Joint Administration Pending)<br><br>Chapter: 11<br><br>Hearing Date and Time:<br><br>Judge: |

## ORDER DIRECTING JOINT ADMINISTRATION OF
## THE DEBTORS' CHAPTER 11 CASES

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: January 14, 2016**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

3261718

Case 16-10615-SLM    Doc 17    Filed 01/14/16    Entered 01/14/16 15:13:29    Desc Main
Document    Page 2 of 3

Page: 2
Debtors: E Z Mailing Services Inc., *et al.*
Case No.: 16-10615
Caption: ORDER DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

**THIS MATTER** having been opened to the Court upon the Motion[1] of the within debtors and debtors-in-possession, E Z Mailing Services Inc., *et al.* (the "Debtors"), for an order pursuant to 11 U.S.C. § 105(a) and Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing joint administration of the Debtors' Chapter 11 Cases for procedural purposes only, as more fully described in the Motion; and the Court finding that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interest of the Debtors, their estates, and their creditors; (iv) adequate notice of the Motion and the hearing thereon has been given and no other or further notice is necessary; and (v) upon the record herein, after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED** that:

1.      The Motion is GRANTED.

2.      Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, the above captioned Chapter 11 Cases shall be consolidated for procedural purposes only and jointly administered under Case No. 16-10615.

3.      The following caption shall be used for pleadings filed in the above captioned cases:

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the memorandum of law filed in support of the Motion.

3261718

Page: 3
Debtors: E Z Mailing Services Inc., *et al.*
Case No.: 16-10615
Caption: ORDER DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>E Z MAILING SERVICES INC., *et al.*,[1]<br><br>Debtors.. | Case No.: 16-10615<br><br>Jointly Administered<br><br>Chapter: 11 |

    4.    A docket entry shall be made in each of the above-captioned cases, Case Nos. 16-10615 and 16-10616, reflecting the procedural consolidation and joint administration of these cases as set forth herein.

    5.    The Debtors shall file the monthly operating reports required by the United States Trustee Operating Guidelines.

    6.    Nothing contained in this order or in the Motion shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Debtors.

    7.    This Order shall be filed in each of the above listed cases.

---

[1] The Debtors in these Chapter 11 cases are (i) E Z Mailing Services, Inc. d/b/a E Z Worldwide Express and United Business Xpress, and (ii) United Business Freight Forwarders Limited Liability Company.

3261718