Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **United Business Freight Forwarders Limited Liability Company** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | **16-10616** |

☒ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Angel Alvarez**<br>6918 Cannon way<br>Houston, TX 77086 | | | | | | **$1,749.99** |
| **Anterio Begelton**<br>311 North Vista Dr. # 1506<br>Houston, TX 77073 | | | | | | **$2,033.08** |
| **Arshad Farooq**<br>4275  Pleasant Run Rd.<br>Apt# 136<br>Irving, TX 75038 | | | | | | **$2,693.46** |
| **Cory Trahan**<br>13206 Beechdale Ct.<br>Houston, TX 77014 | | | | | | **$2,034.30** |
| **Daniel Hoecker**<br>640 SE Midway Church Rd.<br>Lee, FL 32059 | | | | | | **$2,508.00** |
| **DeCedric Lewis**<br>16539 Sperry Garden Dr<br>Houston, TX 77095 | | | | | | **$2,063.54** |
| **Eric Lopez**<br>5110 Azalea Trace Dr.<br>Houston, TX 77066 | | | | | | **$2,290.09** |
| **Gregory Brown**<br>11722 Mill Valley Rd.<br>Houston, TX 77048 | | | | | | **$2,292.36** |
| **Jarvis Livings**<br>1415 Greens Pwy Apt# 31<br>Houston, TX 77067 | | | | | | **$2,098.92** |

| Debtor | **United Business Freight Forwarders Limited Liability Company** | | Case number *(if known)* | **16-10616** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Neville Williams**<br>**232 Largo Vista drive**<br>**Oakland, FL 34787** | | | | | | $2,593.50 |
| **Nicholas Harrilal**<br>**9702 Suttons Meadow Ct.**<br>**Houston, TX 77086** | | | | | | $1,997.40 |
| **Odell Jackson**<br>**3806 N Beltline Road**<br>**Irving, TX 75038** | | | | | | $1,773.29 |
| **Omar Shaikh**<br>**2414 Prides Crossing Ln**<br>**Houston, TX 77067** | | | | | | $2,018.83 |
| **Pedro Quintanilla**<br>**943 White dove Dr.**<br>**Arlington, TX 76017** | | | | | | $3,122.61 |
| **PNC BANK, NATIONAL ASSOCIATION COMMERCIAL SEGMENT - BBL TWO TOWER CENTER BOULEVARD EAST BRUNSWICK, NJ 08816** | | **Guaranty** | **Contingent** | | | $1,757,185.93 |
| **Reyas Alli**<br>**2505 Thompson Cir Apt# 223**<br>**Arlington, TX 76006** | | | | | | $2,000.00 |
| **Ryan Haripal**<br>**5049 Shale Ridge Trail**<br>**Orlando, FL 32818** | | | | | | $2,149.99 |
| **Sohan Ramdayal**<br>**2520 Thompson Circle Apt# 353**<br>**Arlington, TX 76006** | | | | | | $2,249.99 |
| **Taft Holdings Inc.**<br>**Attn: Straubcos, LLC, Paul Straubinger**<br>**1737 South Orange Avenue**<br>**Orlando, FL 32806** | | **Trade Payables** | | | | $17,653.08 |

| Debtor | **United Business Freight Forwarders Limited Liability Company** | | Case number *(if known)* | **16-10616** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Vishwan Makie**<br>**135 East Main St.**<br>**Apt.G2**<br>**Westborough, MA**<br>**01581** | | | | | | $2,499.90 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy