**Fill in this information to identify the case:**

Debtor name     **United Business Freight Forwarders Limited Liability Company**

United States Bankruptcy Court for the:     DISTRICT OF NEW JERSEY

Case number (if known)     **16-10616**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Provident Bank** | **Payroll** | **7151** | **$13,373.00** |
| 3.2. | **Wells Fargo** | **Operating** | **6873** | **$500.00** |
| 3.3. | **Wells Fargo** | **Payroll** | **6881** | **$0.00** |
| 3.4. | **PNC Bank** | | **4413** | **$0.00** |
| 3.5. | **PNC Bank** | | **5483** | **$0.00** |

**4. Other cash equivalents** *(Identify all)*

**5. Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $13,873.00

| Part 2: | Deposits and Prepayments |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **United Business Freight Forwarders Limited Liability Company** | Case number *(If known)* **16-10616** |
|---|---|---|
| | Name | |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

---

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **See Rider 8 attached hereto.** | **$0.00** | | **$1,554,250.00** |

**48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**    **Aircraft and accessories**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **United Business Freight Forwarders Limited Liability Company** | Case number *(If known)* | **16-10616** |
| --- | --- | --- | --- |
| | Name | | |

**50.** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

**51.** **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$1,554,250.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.**    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1. **Warehouse lease with Landlord Taft Holdings Inc. and Straubinger, Inc. at 11298 Boggy Creek Road, Unit 101, Orlando, FL 32824, expires 12/19/2018** | Renter | $0.00 | | Unknown |

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **United Business Freight Forwarders Limited Liability Company** | Case number *(If known)* | **16-10616** |
| --- | --- | --- | --- |
| | Name | | |

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |
| **71.** **Notes receivable**<br>Description (include name of obligor) | |
| **72.** **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **73.** **Interests in insurance policies or annuities**<br>**Package Policy, West American Ins. Co., Policy No. BKW(16)55978761** | **Unknown** |
| **Commercial Auto Liability Policy, Insurance Co. of the State of Pennsylvania, Policy No. CA488-23-64** | **Unknown** |
| **Commercial Auto Physical Damage Policy, Great Lakes Reinsurance (UK) PLC, Policy No. RK75737A15** | **Unknown** |
| **Cargo Policy, TT Club Mutual Ins., Policy No. 59561 / 2015 / 001** | **Unknown** |
| **Excess Liability Policy, Travelers Property Casualty Company of America, Policy No. ZUP13N3188215NF** | **Unknown** |
| **Workers Compensation Policy, National Union Fire Ins. Co., Policy No. WC62790519** | **Unknown** |
| **Workers Compensation Policy, Insurance Co. of the State of PA, Policy No. WC62790518** | **Unknown** |

| **74.** | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
| --- | --- |
| **75.** | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| **76.** | **Trusts, equitable or future interests in property** |
| **77.** | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

| **78.** | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
| --- | --- | --- |

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor      **United Business Freight Forwarders Limited Liability
Company**                                               Case number *(If known)*   **16-10616**
            Name

■ No
□ Yes

Debtor    **United Business Freight Forwarders Limited Liability Company**    Case number *(If known)* **16-10616**
Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$13,873.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$1,554,250.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*...................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$1,568,123.00** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$1,568,123.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

# UNITED BUSINESS FREIGHT FORWARDERS
## CASE NO. 16-10616
### Schedules A/B - Rider 8
#### Machinery, Equipment, and Vehicles

| MODEL | VIN/OTHER DESCRIPTION |
|---|---|
| **Vehicles** | |
| 2016 FREIGHT LINER - CASCADIA EVOLUTION | 3AKJGLBGXGSHC7761 |
| 2016 FREIGHT LINER - CASCADIA EVOLUTION | 3AKJGLBG1GSHC7762 |
| 2016 FREIGHT LINER - CASCADIA EVOLUTION | 3AKJGLBG3GSHC7763 |
| 2016 FREIGHT LINER - CASCADIA EVOLUTION | 3AKJGLBG5GSHC7764 |
| 2016 FREIGHT LINER - CASCADIA EVOLUTION | 3AKJGLBG7GSHC7765 |
| 2016 FREIGHT LINER - CASCADIA EVOLUTION | 3AKJGLBG9GSHC7766 |
| 2016 FREIGHT LINER - CASCADIA EVOLUTION | 3AKJGLBG0GSHC7767 |
| 2016 FREIGHT LINER - CASCADIA EVOLUTION | 3AKJGLDG2GSHC7768 |
| 2016 FREIGHT LINER - CASCADIA EVOLUTION | 3AKJGLBG4GSHC7769 |
| 2016 FREIGHT LINER - CASCADIA EVOLUTION | 3AKJGLDG0GSHC7770 |
| 2014 HINO 268A-14 | 5PVNJ8JVXE4S56951 |
| 2014 HINO 268A-14 | 5PVNJ8JV6E4S57014 |
| 2015 HINO 268A-15 | 5PVNJ8JV8F4S58909 |
| 2015 HINO 268A-15 | 5PVNJ8JV7F4S58898 |
| 2015 HINO 195-15 | JHHSDM2H7FK002605 |
| 2015 HINO 268A-15 | 5PVNJ8JV0F4S58919 |

3301017

**Fill in this information to identify the case:**

Debtor name __**United Business Freight Forwarders Limited Liability Company**__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) __**16-10616**__

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A <br> **Amount of claim** <br> Do not deduct the value of collateral. | Column B <br> **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **CROSSROADS EQUIPMENT LEASE AND FINANCE,** <br> Creditor's Name <br> **9385 HAVEN AVE.** <br> **RANCHO CUCAMONGA, CA 91730-5475** <br> Creditor's mailing address <br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** | **Describe debtor's property that is subject to a lien** <br><br> **Describe the lien** <br><br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$1,034,560.00** | **$1,097,750.00** |
| **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **2.2** **TOYOTA MOTOR CREDIT CORPORATION** <br> Creditor's Name <br> **P. O. BOX 3457** <br> **TORRANCE, CA 90510-3457** <br> Creditor's mailing address <br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** | **Describe debtor's property that is subject to a lien** <br><br> **Describe the lien** <br><br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$452,817.00** | **$456,500.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **United Business Freight Forwarders Limited Liability Company** | Case number (if know) | **16-10616** |
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| --- | --- |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$1,487,377.00** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **United Business Freight Forwarders Limited Liability Company**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **16-10616**

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $810.56 | $810.56 |

| **Alexander Thomas** | As of the petition filing date, the claim is: |
| 9 Whipple St. # 3 | *Check all that apply.* |
| Worcester, MA 01607 | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No |
| | ☐ Yes |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | $974.32 | $974.32 |

| **Alfred Aliaj** | As of the petition filing date, the claim is: |
| 22 Amherst St | *Check all that apply.* |
| Worcester, MA 01602 | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No |
| | ☐ Yes |

| Debtor | **United Business Freight Forwarders Limited Liability Company** | Case number (if known) | **16-10616** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,375.89 | $1,375.89 |
|---|---|---|---|---|
| | **Allan Haripal**<br>**5049 Shale Ridge Trail**<br>**Orlando, FL 32818** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Alphonso Andrus**<br>**13027 Sandhill park lane**<br>**Houston, TX 77044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,749.99 | $1,749.99 |
|---|---|---|---|---|
| | **Angel Alvarez**<br>**6918 Cannon way**<br>**Houston, TX 77086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,033.08 | $2,033.08 |
|---|---|---|---|---|
| | **Anterio Begelton**<br>**311 North Vista Dr. # 1506**<br>**Houston, TX 77073** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | United Business Freight Forwarders Limited Liability Company | Case number (if known) | 16-10616 |
|---|---|---|---|
| | Name | | |

---

**2.7** | Priority creditor's name and mailing address

**Anthony Abasolo**
**5005 Georgi Ln**
**Apt# 12**
**Houston, TX 77092**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$757.55    $757.55

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address

**Arjune Ramlall**
**109 Compassa Rose Dr**
**Groveland, FL 34736**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,206.36    $1,206.36

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address

**Arshad Farooq**
**4275  Pleasant Run Rd.**
**Apt# 136**
**Irving, TX 75038**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,693.46    $2,693.46

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address

**Ashton Shakur**
**7250 Hickory Branch Cir**
**Orlando, FL 32818**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,077.84    $1,077.84

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | United Business Freight Forwarders Limited Liability Company | Case number (if known) | 16-10616 |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.70 | $30.70 |
|---|---|---|---|---|

**Aston Williams**
**2262 Spring Crest Drive**
**Arlington, TX 76010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.52 | $154.52 |
|---|---|---|---|---|

**Ayala Hernand Luis**
**19 Leamy Street**
**Gardner, MA 01440**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,152.93 | $1,152.93 |
|---|---|---|---|---|

**Balram Baijnath**
**519 Lake Summer Dr**
**Groveland, FL 34736**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,273.37 | $1,273.37 |
|---|---|---|---|---|

**Basil Seeraj**
**899 Princeton Dr**
**Clermont, FL 34711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | United Business Freight Forwarders Limited Liability Company | Case number (if known) | 16-10616 |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**California Franchise Tax Board**
**PO Box 942857**
**Sacramento, CA 94240-0040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Carlos Baldeo**
**1877 Sanderling Drive**
**Clermont, FL 34711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $986.27 | $986.27 |
|---|---|---|---|---|

**Charlie Muhamed**
**9707 Sutton Meadows CT**
**Houston, TX 77086**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,522.60 | $1,522.60 |
|---|---|---|---|---|

**Chris Hopkins**
**9100 Mills Rd.**
**Apt 1809**
**Houston, TX 77071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **United Business Freight Forwarders Limited Liability Company** | | Case number (if known) | **16-10616** |
|---|---|---|---|---|

Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $692.48 | $692.48 |
|---|---|---|---|---|

**Christian Scott**
**55 Stanton Street**
**Worcester, MA 01605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Christopher Kumar**
**2517 Holly Berry Circle**
**Clermont, FL 34711**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $872.51 | $872.51 |
|---|---|---|---|---|

**Clifton Chavis**
**6531 Sutton Meadow**
**Houston, TX 77086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,410.17 | $1,410.17 |
|---|---|---|---|---|

**Cody Braggs**
**2510 Rialto Way**
**Grand Prairie, TX 75052**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | United Business Freight Forwarders Limited Liability Company | Case number (if known) | 16-10616 |
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,034.30 | $2,034.30 |
|---|---|---|---|---|

**Cory Trahan**
**13206 Beechdale Ct.**
**Houston, TX 77014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,508.00 | $2,508.00 |
|---|---|---|---|---|

**Daniel Hoecker**
**640 SE Midway Church Rd.**
**Lee, FL 32059**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $957.47 | $957.47 |
|---|---|---|---|---|

**Daniel Villegas**
**1625 Cottonwood St.**
**Grand Prairie, TX 75050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $575.52 | $575.52 |
|---|---|---|---|---|

**Danny Dookhie**
**3738 Rose Of Sharon Dr.**
**Orlando, FL 32808**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **United Business Freight Forwarders Limited Liability Company** | Case number (if known) | **16-10616** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,220.27 | $1,220.27 |
|---|---|---|---|---|

**David Hernandez**
**701 Trinity Circle**
**Arlington, TX 76006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,159.54 | $1,159.54 |
|---|---|---|---|---|

**David Hernandez**
**607 Heather Trial # 1315**
**Arlington, TX 76011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,063.54 | $2,063.54 |
|---|---|---|---|---|

**DeCedric Lewis**
**16539 Sperry Garden Dr**
**Houston, TX 77095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $744.68 | $744.68 |
|---|---|---|---|---|

**Demarea Williams**
**1141 secretariat Dr.**
**Grand Prairie, TX 75052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | United Business Freight Forwarders Limited Liability Company | Case number (if known) | 16-10616 |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,273.51 | $1,273.51 |

**Dennis Seeraj**
**846 Princeton Dr**
**Clermont, FL 34711**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Derek Tsang**
**1932 Chalice Rd**
**Arlington, TX 76014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,537.97 | $1,537.97 |

**Derrick Green**
**3322 Dragonwick Dr**
**Houston, TX 77045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,303.94 | $1,303.94 |

**Desmond Conrad**
**8018 Cabot St.**
**Houston, TX 77078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **United Business Freight Forwarders Limited Liability Company** | Case number *(if known)* | **16-10616** |
|---|---|---|---|
| | Name | | |

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,126.46 | $1,126.46 |
|---|---|---|---|---|

**Desmond Seeraj**
**846 Princeton Dr**
**Clermont, FL 34711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Dominic Lawson**
**6625 Bywood Rd**
**Orlando, FL 32810**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $820.15 | $820.15 |
|---|---|---|---|---|

**Edwin Richardson**
**2520 Thomson Circle**
**Apt 358**
**Arlington, TX 76006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $916.78 | $916.78 |
|---|---|---|---|---|

**Emanuele La Bella**
**19127 Saddleville Mills Lane**
**Cypress, TX 77433**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | United Business Freight Forwarders Limited Liability Company | Case number (if known) | 16-10616 |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,290.09 | $2,290.09 |
|---|---|---|---|---|

**Eric Lopez**
**5110 Azalea Trace Dr.**
**Houston, TX 77066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $858.96 | $858.96 |
|---|---|---|---|---|

**Eric Martel**
**9 David Rd**
**Shrewsbury, MA 01545**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ewing Mattiree**
**3417 Ridgemoore Dr**
**Garland, TX 75044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $735.65 | $735.65 |
|---|---|---|---|---|

**Fatarrius Williams**
**3704 Dahlia Dr.**
**Grand Prairie, TX 75052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | United Business Freight Forwarders Limited Liability Company | Case number (if known) | 16-10616 |
|--------|---------|---------|---------|
|        | Name    |         |         |

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,598.20 | $1,598.20 |
|------|---------|---------|---------|---------|

**Fidelis Oputteh**
**3800 Mahonia Way # 2034**
**Arlington, TX 76014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|---------|---------|---------|---------|

**Francisco Padilla**
**238 W Missouri**
**Dallas, TX 75224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,220.60 | $1,220.60 |
|------|---------|---------|---------|---------|

**Frederick Sorrell**
**6106 Grey Oaks**
**Houston, TX 77050**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|---------|---------|---------|---------|

**G Medina**
**607 Heather Trail**
**Apt 1313**
**Arlington, TX 76011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | United Business Freight Forwarders Limited Liability Company | Case number *(if known)* | **16-10616** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ganesh Chattergoon**
**124 Dolletto Dr**
**Davenport, FL 33897**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,179.59 | $1,179.59 |
|---|---|---|---|---|

**Ganesh Persaud**
**12621 Beltingle Circle**
**Orlando, FL 32837**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Georgia Department of Revenue**
**Taxpayer Services Division**
**1800 Century Blvd, N.E.**
**Atlanta, NO 30345-3205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,273.90 | $1,273.90 |
|---|---|---|---|---|

**Ghanshyam Daitnarayan**
**2121 Medina Hills Lane**
**Mascotte, FL 34753**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | United Business Freight Forwarders Limited Liability Company | Case number (if known) | 16-10616 |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,182.92 | $1,182.92 |
|---|---|---|---|---|

**2.51**

Priority creditor's name and mailing address

**Glen Joyner**
**1117 John's Cove Lane**
**Oakland, FL 34787**

As of the petition filing date, the claim is: $1,182.92 $1,182.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.52**

Priority creditor's name and mailing address

**Gregory Brown**
**11722 Mill Valley Rd.**
**Houston, TX 77048**

As of the petition filing date, the claim is: $2,292.36 $2,292.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.53**

Priority creditor's name and mailing address

**Gregory Ogilvie**
**2021 Cantura Drive**
**Mesquite, TX 75181**

As of the petition filing date, the claim is: $1,424.62 $1,424.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.54**

Priority creditor's name and mailing address

**Haimnarine Roopnarain**
**740 Cherry Laurel St**
**Minneola, FL 34715**

As of the petition filing date, the claim is: $1,255.32 $1,255.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | United Business Freight Forwarders Limited Liability Company | Case number (if known) | **16-10616** |
|--------|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,424.75 | $1,424.75 |
|------|---|---|---|---|

**Harold Ortega**
**5007 FM 1960 W 437**
**Houston, TX 77069**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,252.70 | $1,252.70 |
|------|---|---|---|---|

**Haseeb Lackram**
**4907 Blarney Dr.**
**Orlando, FL 32808**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,273.72 | $1,273.72 |
|------|---|---|---|---|

**Hector Travieso**
**2001 Proctor Dr.**
**Grand Prairie, TX 75051**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,559.15 | $1,559.15 |
|------|---|---|---|---|

**Herman Gipson**
**2131 Laurel Branch Way**
**Houston, TX 77014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | United Business Freight Forwarders Limited Liability Company | Case number (if known) | 16-10616 |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Hussain Mirza**
**4244 Club House Circle**
**Irving, TX 75038**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Illinois Department of Revenue**
**PO Box 19044**
**Springfield, IL 62794-9044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**2970 Market Street**
**Mail Stop 5-Q30.133**
**Philadelphia, PA 19104-5016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,479.91 | $1,479.91 |
|---|---|---|---|---|

**Ishwar Surujbally**
**148 Sandalwood Dr**
**Kissimmee, FL 34743**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | United Business Freight Forwarders Limited Liability Company | Case number (if known) | 16-10616 |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**James Deloney**
**2803 River Side Pkwy**
**Grand Prairie, TX 75050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $828.80 | $828.80 |
|---|---|---|---|---|

**James Griffin**
**9420 Skillman Street, #511**
**Dallas, TX 75243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jared Pack**
**3405 Kirby Creek Dr**
**Grand Prairie, TX 75052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,098.92 | $2,098.92 |
|---|---|---|---|---|

**Jarvis Livings**
**1415 Greens Pwy**
**Apt# 31**
**Houston, TX 77067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | United Business Freight Forwarders Limited Liability Company | Case number (if known) | 16-10616 |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,486.75 | $1,486.75 |
|---|---|---|---|---|
| | **Jason Hernandez**<br>**7150 Smiling Wood Lane**<br>**Apt # 903**<br>**Houston, TX 77086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,712.36 | $1,712.36 |
|---|---|---|---|---|
| | **Jason Shah**<br>**2438 N. Macarthur Blvd**<br>**Apt# 1504**<br>**Irving, TX 75062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Jerry Singleton**<br>**11518 Ridge Run Dr.**<br>**Houston, TX 77064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $725.42 | $725.42 |
|---|---|---|---|---|
| | **Johntavis Tobias**<br>**3704 Dahlia Drive**<br>**Grand Prairie, TX 75052** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | United Business Freight Forwarders Limited Liability Company | Case number (if known) | 16-10616 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**2.71** Priority creditor's name and mailing address

**Jonathan Smith**
**18749 Marsh Lane**
**Apt 521**
**Dallas, TX 75287**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.72** Priority creditor's name and mailing address

**Jordan Sandman**
**1671 Main St. Apt# 13**
**Leicester, MA 01524**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$902.47    $902.47

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.73** Priority creditor's name and mailing address

**Jose Reyes**
**2402 Green Knoll Dr.**
**Houston, TX 77067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,596.47    $1,596.47

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.74** Priority creditor's name and mailing address

**Joseph Aubin**
**110 Southbridge Rd.**
**Dudley, MA 01571**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$791.36    $791.36

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **United Business Freight Forwarders Limited Liability Company** | Case number (if known) | **16-10616** |
| --- | --- | --- | --- |
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $898.94 | $898.94 |

**Joseph Rodriguez**
**44 Wellington St**
**Worcester, MA 01610**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $839.25 | $839.25 |

**Joshua Seymour**
**190 Main Street**
**Oxford, MA 01540**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,376.59 | $1,376.59 |

**Juan Reyes**
**509 Valley Spring Dr.**
**Arlington, TX 76018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.98 | $810.98 |

**Kenneth Williamson**
**32 Crane St. Apt 2**
**Worcester, MA 01604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | United Business Freight Forwarders Limited Liability Company | Case number (if known) | 16-10616 |
|--------|--------|--------|--------|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $778.76 | $778.76 |
|------|--------|--------|--------|--------|

**Kenneth Woodard**
**15851 Reddy Ln.**
**Houston, TX 77053**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|--------|--------|--------|--------|

**Kevin Bhagirati**
**669 Division Street**
**Elizabeth, NJ 07201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $599.41 | $599.41 |
|------|--------|--------|--------|--------|

**Kevin Boyce**
**2207 Foxcroft Lane**
**Arlington, TX 76014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|--------|--------|--------|--------|

**Kevin Rice**
**904 Oak Forest Drive**
**Dallas, TX 75232**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | United Business Freight Forwarders Limited Liability Company | Case number (if known) | 16-10616 |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Khalid Malik**
**3205 W. Walnut Hill Lane**
**Unit 2011**
**Irving, TX 75038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,658.89 | $1,658.89 |
|---|---|---|---|---|

**Khemchand Gajju**
**135 East Main St.**
**Apt. G2**
**Westborough, MA 01581**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,190.68 | $1,190.68 |
|---|---|---|---|---|

**Lakeram Lilldat**
**2576 Shadetree Court**
**Kissimmee, FL 34744**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $469.70 | $469.70 |
|---|---|---|---|---|

**Lakshman Ram**
**2861 Magnolia Blossom Circle**
**Clermont, FL 34711**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | United Business Freight Forwarders Limited Liability Company | Case number (if known) | **16-10616** |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$828.25** | **$828.25** |
|---|---|---|---|---|
| | **Larry Howlett** | *Check all that apply.* | | |
| | **3104 San Frando** | ☐ Contingent | | |
| | **Arlington, TX 76010** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$880.45** | **$880.45** |
|---|---|---|---|---|
| | **Lasalle Guice** | *Check all that apply.* | | |
| | **607 Almandora Dr.** | ☐ Contingent | | |
| | **Arlington, TX 76002** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Latine Mitchell** | *Check all that apply.* | | |
| | **826 Willow West Dr** | ☐ Contingent | | |
| | **Houston, TX 77073** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$887.17** | **$887.17** |
|---|---|---|---|---|
| | **Ledarius Heckard** | *Check all that apply.* | | |
| | **2508 Whisper Ridge Ln** | ☐ Contingent | | |
| | **Arlington, TX 76006** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **United Business Freight Forwarders Limited Liability Company** | Case number (if known) | **16-10616** |
|---|---|---|---|
| | Name | | |

---

**2.91** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**Leterio Brown**
**9100 Milles Rd**
**Unit 2109**
**Houston, TX 77070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.92** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$606.44** | **$606.44**

**Luis Montalban**
**111 Endicott St.**
**Apt# 3**
**Worcester, MA 01610**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.93** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,514.63** | **$1,514.63**

**Luis Ramirez**
**20215 Chad Arbor Trail**
**Cypress, TX 77433**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.94** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,283.57** | **$1,283.57**

**Luis Soto**
**19 Lenny St.**
**Gardner, MA 01440**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | United Business Freight Forwarders Limited Liability Company | Case number (if known) | 16-10616 |
|---|---|---|---|
| | Name | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.16 | $435.16 |
|---|---|---|---|---|

**Marc Compton**
**10107 Fallmont Ct.**
**Houston, TX 77086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $999.60 | $999.60 |
|---|---|---|---|---|

**Margarito Robledo**
**2440 Doreen St.**
**Grand Prairie, TX 75050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $380.90 | $380.90 |
|---|---|---|---|---|

**Mario Hernandez**
**701 Trinity Circle**
**Apt 3041**
**Arlington, TX 76006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Mario Jenkins**
**12703 Jones Rd**
**Apt 610**
**Houston, TX 77070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **United Business Freight Forwarders Limited Liability Company** | Case number (if known) | **16-10616** |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $982.39 | $982.39 |
|---|---|---|---|---|

**Mario Molina**
**1311 Greenoak Dr.**
**Houston, TX 77032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $419.72 | $419.72 |
|---|---|---|---|---|

**Mark Lipscomb**
**832 Ginger Trail**
**DeSoto, TX 75115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Massachusetts Department of Revenue**
**Customer Service Bureau**
**PO Box 7010**
**Boston, MA 02204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $583.02 | $583.02 |
|---|---|---|---|---|

**Michael Lall**
**1433 Green Shadow Dr**
**Houston, TX 77032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | United Business Freight Forwarders Limited Liability Company | Case number (if known) | 16-10616 |
|---|---|---|---|
| | Name | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,054.19 | $1,054.19 |
|---|---|---|---|---|

**Mukesh Lall**
**1433 Green Shadow Dr.**
**Houston, TX 77032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,593.50 | $2,593.50 |
|---|---|---|---|---|

**Neville Williams**
**232 Largo Vista drive**
**Oakland, FL 34787**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**New York City Dept. of Finance**
**PO Box 3615**
**Church Street Station**
**New York, NY 10008-3615**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,997.40 | $1,997.40 |
|---|---|---|---|---|

**Nicholas Harrilal**
**9702 Suttons Meadow Ct.**
**Houston, TX 77086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | United Business Freight Forwarders Limited Liability Company | | Case number (if known) | **16-10616** |
|---|---|---|---|---|
| | Name | | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**NJ Division of Taxation**
**50 Barrack Street**
**9th Floor**
**Trenton, NJ 08695**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**NYC Department of Finance**
**PO Box 5564**
**Binghamton, NY 13902-5564**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,773.29** | **$1,773.29** |
|---|---|---|---|---|

**Odell Jackson**
**3806 N Beltline Road**
**Irving, TX 75038**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,018.83** | **$2,018.83** |
|---|---|---|---|---|

**Omar Shaikh**
**2414 Prides Crossing Ln**
**Houston, TX 77067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | United Business Freight Forwarders Limited Liability Company | Case number (if known) | 16-10616 |
|---|---|---|---|
| | Name | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,525.29 | $1,525.29 |
|---|---|---|---|---|

**Ono Hussain**
**16398 SW 27TH Terrace Rd**
**Ocala, FL 34473**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,608.11 | $1,608.11 |
|---|---|---|---|---|

**Patrick Charran**
**1824 Darlin Circle**
**Orlando, FL 32820**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Patrick Skinner**
**1600 Shivalry Ln**
**Fort Worth, TX 76140**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,122.61 | $3,122.61 |
|---|---|---|---|---|

**Pedro Quintanilla**
**943 White dove Dr.**
**Arlington, TX 76017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **United Business Freight Forwarders Limited Liability Company** | Case number (if known) | **16-10616** |

Name

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$875.78** | **$875.78** |

**Peter Seymour**
**190 Main St.**
**Oxford, MA 01540**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,413.06** | **$1,413.06** |

**Prince Nico**
**16539 Sperry Garden**
**Houston, TX 77095**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Quintin Bradford**
**2615 River Hills Cir**
**Unit 1716**
**Arlington, TX 76006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,029.25** | **$1,029.25** |

**Rachard Lucas**
**17 Prospect Street**
**Clinton, MA 01510**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **United Business Freight Forwarders Limited Liability Company** | Case number *(if known)* | **16-10616** |
|---|---|---|---|
| | Name | | |

---

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Rajpaul Ballie**
**444 lake Amberleigh Dr**
**Winter Garden, FL 34787**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $736.88 | $736.88 |
|---|---|---|---|---|

**Ramish Khan**
**4606 Trevor Hill Dr.**
**Houston, TX 77067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $877.61 | $877.61 |
|---|---|---|---|---|

**Randolph Jackson**
**3704 Dahlia Drive**
**Grand Prairie, TX 75052**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | $2,000.00 |
|---|---|---|---|---|

**Reyas Alli**
**2505 Thompson Cir**
**Apt# 223**
**Arlington, TX 76006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **United Business Freight Forwarders Limited Liability Company** | Case number (if known) | **16-10616** |
|---|---|---|---|
| | Name | | |

---

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Richard Andreoli**
**176 Maple Ave**
**Unit 4-03**
**Rutland, MA 01543**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Richard Lacy**
**2414 E Kiest**
**Dallas, TX 75216**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,369.47 | $1,369.47 |

**Richard Pellerin**
**68 Federall Hill Rd**
**Oxford, MA 01540**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $990.96 | $990.96 |

**Rizwan Khan**
**3205 W Walnut Hills Ln**
**Apt# 2011**
**Irving, TX 75038**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | United Business Freight Forwarders Limited Liability Company | | Case number *(if known)* | **16-10616** |
|---|---|---|---|---|
| | Name | | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $843.78 | $843.78 |
|---|---|---|---|---|

**Roberto Lopez**
**One Coolidge Place**
**Apt# 315**
**Clinton, MA 01510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $118.65 | $118.65 |
|---|---|---|---|---|

**Rodney Dent**
**2650 S Forum Dr**
**Apt# 7108**
**Grand Prairie, TX 75052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,516.16 | $1,516.16 |
|---|---|---|---|---|

**Rodney Johnson**
**960 Leaden Hall Cir.**
**Channelview, TX 77530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,344.85 | $1,344.85 |
|---|---|---|---|---|

**Rodney Settles**
**1801 Patterson Ave.**
**Orlando, FL 32811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **United Business Freight Forwarders Limited Liability Company** | | Case number (if known) | **16-10616** |
|---|---|---|---|---|
| | Name | | | |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,475.54 | $1,475.54 |
|---|---|---|---|---|

**Rohan Singh**
**3721 Needles Dr.**
**Orlando, FL 32810**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,394.44 | $1,394.44 |
|---|---|---|---|---|

**Roy Mancha**
**6812 Randolf Mill Rd.**
**Lot 222**
**Fort Worth, TX 76120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $932.30 | $932.30 |
|---|---|---|---|---|

**Ryan Chajulall**
**3150 Winifred Ave.**
**Zellwood, FL 32798**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,149.99 | $2,149.99 |
|---|---|---|---|---|

**Ryan Haripal**
**5049 Shale Ridge Trail**
**Orlando, FL 32818**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | United Business Freight Forwarders Limited Liability Company | Case number (if known) | 16-10616 |
|---|---|---|---|
| | Name | | |

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ryan Stanley**
**510 Grove Street**
**Worcester, MA 01605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ryan Williams**
**232 Largovista Dr**
**Oakland, FL 34787**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,464.64 | $1,464.64 |
|---|---|---|---|---|

**Sadanand Deowdhat**
**635 Pamela Ave**
**Winter Garden, FL 34787**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $762.47 | $762.47 |
|---|---|---|---|---|

**Samuel Gyan**
**10 Henry Terrace**
**Apt # 4**
**Worcester, MA 01607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **United Business Freight Forwarders Limited Liability Company** | Case number (if known) | **16-10616** |
|---|---|---|---|
| | Name | | |

---

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,461.22 | $1,461.22 |
|---|---|---|---|---|

**Saul Giron**
**11902 Shady Meadow**
**Houston, TX 77039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Shane Mayne**
**47 Spruce St**
**Clinton, MA 01510**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,210.32 | $1,210.32 |
|---|---|---|---|---|

**Shilesh Hemraj**
**2796 Woodland Creek Loop**
**Kissimmee, FL 34744**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,398.12 | $1,398.12 |
|---|---|---|---|---|

**Simon Kironyo**
**10 Denny Street**
**Apt# 5**
**Worcester, MA 01609**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **United Business Freight Forwarders Limited Liability Company** | Case number (if known) | **16-10616** |
|---|---|---|---|
| | Name | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,249.99 | $2,249.99 |
|---|---|---|---|---|

**Sohan Ramdayal**
**2520 Thompson Circle**
**Apt# 353**
**Arlington, TX 76006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,158.54 | $1,158.54 |
|---|---|---|---|---|

**Stanley Cazean**
**16650 Sunrise Vista Dr.**
**South Clermont, FL 34714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $364.24 | $364.24 |
|---|---|---|---|---|

**Stephen Paniss**
**19 Perry Ave**
**Worcester, MA 01610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $806.50 | $806.50 |
|---|---|---|---|---|

**Steven Hernandez**
**19 Leamer St**
**Gardner, MA 01440**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **United Business Freight Forwarders Limited Liability Company** | Case number (if known) | **16-10616** |
|--------|---|---|---|
| | Name | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|---|---|---|---|

**Tennessee Department of Revenue**
**Andrew Jackson State Office**
**Building**
**500 Deaderick Street**
**Nashville, TN 37242**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☐ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|---|---|---|---|

**Texas Comptroller of Public**
**Account**
**PO Box 13528**
**Capital Station**
**Austin, TX 78711-3528**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $416.90 | $416.90 |
|-------|---|---|---|---|

**Thomas Jernberg**
**304 Bull Hill Rd**
**Lancaster, MA 01523**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.10 | $73.10 |
|-------|---|---|---|---|

**Valery Restaino**
**4440 W Airport Hwy**
**Irving, TX 75062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | United Business Freight Forwarders Limited Liability Company | Case number *(if known)* | **16-10616** |
|---|---|---|---|
| | Name | | |

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Virginia Department of Taxation**
PO Box 1115
Richmond, VA 23218-1115

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,499.90 | $2,499.90 |
|---|---|---|---|---|

**Vishwan Makie**
135 East Main St.
Apt.G2
Westborough, MA 01581

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $860.76 | $860.76 |
|---|---|---|---|---|

**Ylorie Fajardo**
2003 Bunet Dr
Grand Prairie, TX 75052

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Zachary Nichols**
67 June St
Worcester, MA 01603

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

---

| Debtor | United Business Freight Forwarders Limited Liability Company | Case number (if known) | 16-10616 |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,757,185.93 |
|---|---|---|---|

**PNC BANK, NATIONAL ASSOCIATION**
**COMMERCIAL SEGMENT - BBL**
**TWO TOWER CENTER BOULEVARD**
**EAST BRUNSWICK, NJ 08816**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Guaranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,653.08 |
|---|---|---|---|

**Taft Holdings Inc.**
**Attn: Straubcos, LLC, Paul Straubinger**
**1737 South Orange Avenue**
**Orlando, FL 32806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Payables__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**United States Attorney**
**Peter Rodino Federal Building**
**970 Broad Street, Suite 700**
**Newark, NJ 07102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Notice Only__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**United States Attorney General**
**United States Department of Justice**
**Ben Franklin Station**
**PO Box 683**
**Washington, DC 20044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Notice Only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **McCarter & English**<br>**Attn: Lisa Bonsall, Esq.**<br>**Four Gateway Center**<br>**100 Mulberry Street**<br>**Newark, NJ 07102** | Line __3.1__<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **STRAUBINGER INC.**<br>**7662 131ST ST**<br>**SEMINOLE, FL 33776** | Line __3.2__<br><br>☐ Not listed. Explain ____ | __ |

---

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 139,374.86 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,774,839.01 |

| Debtor | **United Business Freight Forwarders Limited Liability Company** | Case number (if known) | **16-10616** |
|---|---|---|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $                                    1,914,213.87

**Fill in this information to identify the case:**

Debtor name     **United Business Freight Forwarders Limited Liability Company**

United States Bankruptcy Court for the:     DISTRICT OF NEW JERSEY

Case number (if known)     **16-10616**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest     **Lease** | |
| State the term remaining     **12/19/2018** | **Taft Holdings Inc.** |
| List the contract number of any government contract _____ | **Attn: Straubcos, LLC, Paul Straubinger** |
| | **1737 South Orange Avenue** |
| | **Orlando, FL 32806** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **United Business Freight Forwarders Limited Liability Company**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **16-10616**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 **Ajay Aggarwal** | **21 Barbieri Court**<br>**Princeton, NJ 08540** | | **PNC BANK, NATIONAL ASSOCIATION** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.2 **E Z Mailing Services, Inc.** | **669 Division Street**<br>**Elizabeth, NJ 07201** | | **PNC BANK, NATIONAL ASSOCIATION** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.3 **E Z Mailing Services, Inc.** | **669 Division Street**<br>**Elizabeth, NJ 07201** | | **Taft Holdings Inc.** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.4 **E Z Mailing Services, Inc.** | **669 Division Street**<br>**Elizabeth, NJ 07201** | | **CROSSROADS EQUIPMENT LEASE AND FINANCE,** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **E Z Mailing Services, Inc.** | **669 Division Street**<br>**Elizabeth, NJ 07201** | | **TOYOTA MOTOR CREDIT CORPORATION** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **United Business Freight Forwarders Limited Liability Company** | Case number *(if known)* | **16-10616** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Vijay Aggarwal** | **19 Supra Ct**<br>**Princeton, NJ 08540** | **PNC BANK, NATIONAL ASSOCIATION** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.7 | **E Z Mailing Services, Inc.** | **669 Division Street**<br>**Elizabeth, NJ 07201** | **Taft Holdings Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G __2.1__ |