Richard E. Weltman, Esq. (009481989)
Michele K. Jaspan, Esq. (031561986)
WELTMAN & MOSKOWITZ, LLP
*Attorneys for Crossroads Equipment Lease & Finance, LLC*
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
(201) 794-7500

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>UNITED BUSINESS FREIGHT<br>FORWARDERS LIMITED<br>LIABILITY COMPANY,<br><br>Debtor. | Chapter 11 Case<br><br>Case No.: 16-10616-SLM |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

SIR/MADAM:

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of title 11 of the United States Code ("Bankruptcy Code"), and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), the undersigned confirms its appearance as counsel of record on behalf of Crossroads Equipment Lease & Finance, LLC ("Crossroads"), a creditor and party-in-interest in the above case, and requests that all notices given or required to be given in this case and all papers served or required to be served be given to and served upon the following:

WELTMAN & MOSKOWITZ, LLP
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
(201) 794-7500
Attention: Richard E. Weltman, Esq.
Michele K. Jaspan, Esq.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002 and also includes, without limitation, notices of any orders, pleadings, motions, applications, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this court with respect to these proceedings, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex, overnight courier, telecopier, e-mail, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that Crossroads intends that neither this Notice of Appearance nor any later appearance, notice, pleading, claim or suit shall waive (1) the right of Crossroads to have final orders in non-core matters entered only after *de novo* review by a district judge; (2) the right of Crossroads to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to or arising out of this case; (3) the right of Crossroads to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Crossroads is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments Crossroads expressly reserves.

Dated: February 18, 2016

                **WELTMAN & MOSKOWITZ, LLP**
                *Attorneys for Crossroads Equipment Lease & Finance, LLC*

                By: _____
                    RICHARD E. WELTMAN